TED C. LINDQUIST, III (Cal. Bar No. 178523)
LINDQUISTLAW
100 Pine Street, Suite 2150
San Francisco, California 94111
Telephone: 415-399-1159
Facsimile: 866-255-4580
Email: tlindquist@lindquistlaw.com

Attorneys for Plaintiff
SKYWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SKYWARE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NORMAN ABRAMSON, an individual; JOAN ABRAMSON, an individual; DAVID CADITZ, an individual; LEM ROGER SOLES, an individual; SHU HUI CHEN, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 5:11-CV-00545-PSG<br><br>**STIPULATION REGARDING SERVICE AND TIME TO ANSWER** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties' undersigned counsel that, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Local Rule 6-1(a), and other applicable law, as follows:

### RECITALS

A. The parties' Rule 26(f) Report is currently due on April 26 2011;

B. The initial Case Management Conference is currently set for May 3, 2011;

C. Defendant David Caditz has not yet been served by Plaintiff.

### STIPULATION

1. The parties respectfully request that the Court extend the current Rule 26(f) Report and Case Management Conference dates by two weeks to May 10, 2011 and May 17, 2011, respectively.

2. Computerlaw Group LLP hereby agrees to accept service on behalf of David Caditz.

3. Defendants Shu Hui Chen, Norman Abramson, Joan Abramson, and David Caditz's response(s) to the Complaint shall be filed on May 6, 2011.

SO STIPULATED:

DATED: April 21, 2011

LINDQUISTLAW

By  *[signature]*
TED C. LINDQUIST, III

Attorneys for Plaintiff
SKYWARE, INC.

DATED: April 21, 2011

COMPUTERLAW GROUP LLP

By _____/s/ Jack Russo_____
JACK RUSSO

Attorneys for Defendants
NORMAN ABRAMSON, JOAN ABRAMSON,
AND DAVID CADITZ

DATED: April 21, 2011

DHILLON & SMITH LLP

By _____
HARMEET K. DHILLON

Attorneys for Defendant
SHU HUI CHEN

IT IS SO ORDERED:

_____
HON. PAUL S. GREWAL

```
 1  DATED: April 21, 2011
 2
 3                                    COMPUTERLAW GROUP LLP
 4
                                      By _____
 5                                           JACK RUSSO
 6
                                      Attorneys for Defendants
 7                                    NORMAN ABRAMSON, JOAN ABRAMSON,
                                      AND DAVID CADITZ
 8
 9
10  DATED: April 21, 2011
11                                    DHILLON & SMITH LLP
12
                                      By _____
13                                           HARMEET K. DHILLON
14
15                                    Attorneys for Defendant
                                      SHU HUI CHEN
16
17
18  IT IS SO ORDERED:
    DATED: April 26, 2011
19                                    _____
                                             HON. PAUL S. GREWAL
20
21
22
23
24
25
26
27
28
```