1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SKYWARE, INC., | Case No.: 11-CV-545-PSG |
| Plaintiff, | **ORDER SETTING DEADLINE FOR** |
| v. | **PARTIES TO FILE EITHER A** |
| | **"CONSENT TO PROCEED BEFORE** |
| NORMAN ABRAMSON, ET AL., | **A UNITED STATES MAGISTRATE** |
| | **JUDGE," OR ELSE A** |
| Defendants. | **"DECLINATION TO PROCEED** |
| | **BEFORE A UNITED STATES** |
| | **MAGISTRATE JUDGE AND** |
| | **REQUEST FOR REASSIGNMENT"** |

On May 6, 2011, Defendants Joan Abramson and David Caditz filed a motion to dismiss this action. As a result, each party is required either to file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment," no later than May 13, 2011.[1] Both forms are available from the clerk of the court or from the Forms (Civil) section of the court's website at www.cand.uscourts.gov.

Dated:  May 10, 2011

                                                                    Paul S. Grewal
                                                          _____
                                                          PAUL S. GREWAL
                                                          United States Magistrate Judge

_____
[1] *See* Civ. L.R. 73-1(a)(2).

Case No.: 11-545
ORDER