UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SKYWARE, INC., <br><br> Plaintiff, <br> v. <br> NORMAN ABRAMSON, ET AL., <br><br> Defendants. | Case No.: 11-CV-545-PSG <br><br> **ORDER SETTING DEADLINE FOR DEFENDANT LEM ROGER SOLES EITHER TO CONSENT OR TO DECLINE TO PROCEED BEFORE A MAGISTRATE JUDGE** |

On May 6, 2011, Defendants Joan Abramson and David Caditz filed a motion to dismiss this action. As a result, each party is required either to consent to proceed before the magistrate judge or to request reassignment to a district judge.[1] Defendant Lem Roger Soles ("Soles") has neither consented nor requested reassignment.

No later than May 24, 2011, Soles shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court or from the Forms (Civil) section of the court's website at www.cand.uscourts.gov.

Dated: May 18, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Civ. L.R. 73-1(a)(2).

Case No.: 11-545
ORDER

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Roger Soles
6166 Ashton Woods Circle
Milton, FL 32570-1510

Dated: May 18, 2011

                                            */s/ Chambers Staff*
                                    Chambers of U.S. Magistrate Judge Paul S. Grewal

Case No.: 11-545
ORDER