ROGER SOLES, *In Pro Per*
6166 Ashton Woods Circle
Milton, FL 32570-1510
850.312.8780
E-mail: adr-2011@solicitationprohibited.org

RECEIVED

2011 MAY 31 A 11: 49

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA-SAN JOSE



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SKYWARE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NORMAN ABRAMSON, an individual,<br>JOAN ABRAMSON, an individual,<br>DAVID CADITZ, an individual,<br>LEM ROGER SOLES, an individual,<br>SHU HUI CHEN, an individual, and<br>DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 5:11-cv-00545-PSG<br><br>[PROPOSED] **ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |

Having reviewed Defendant Lem Roger Sole's Request for Telephonic Appearance at Case Management Conference, and good cause therefore having been established, it is hereby ORDERED:

Defendant Lem Roger Soles, appearing *In Pro Per*, may appear telephonically at the Initial Case Management Conference in Courtroom 5 on June 7, 2011 at 2:00pm.

[Proposed] Order Granting Request for Telephonic Appearance
at Case Management Conference

Case No. 5:11-cv-00545-PSG

~~Defendant Soles shall make the necessary arrangements with CourtCall and shall follow any appropriate procedures established for telephonic appearances by this Court and by CourtCall.~~ Defendant Lem Roger Soles shall contact Oscar Rivera, courtroom deputy to the undersigned, to make arrangements.

IT IS SO ORDERED:

Dated: June 1, 2011

Paul S. Grewal
Hon. Paul S. Grewal

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Lem Roger Soles
6166 Ashton Woods Circle
Milton, FL 32570-1510

Dated: June 2, 2011

                                                */s/ Chambers Staff*
                                          Chambers of U.S. Magistrate Judge Paul S. Grewal

**United States District Court**
For the Northern District of California

Case No.: 11-545
ORDER