TED C. LINDQUIST, III (Cal. Bar No. 178523)
LINDQUISTLAW
100 Pine Street, Suite 2150
San Francisco, California 94111
Telephone: 415-399-1159
Facsimile: 866-255-4580
Email: tlindquist@lindquistlaw.com

Attorneys for Plaintiff
SKYWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SKYWARE, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>NORMAN ABRAMSON, an individual; JOAN ABRAMSON, an individual; DAVID CADITZ, an individual; LEM ROGER SOLES, an individual; SHU HUI CHEN, an individual; and DOES 1 through 25, inclusive,<br><br>                    Defendants. | Case No. 5:11-CV-00545-PSG<br><br>**STIPULATION ADJUSTING BRIEFING SCHEDULE ON DEFENDANTS' PENDING MOTIONS [DOCKET NOS. 11, 13, 19]** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties' undersigned counsel, pursuant to Civ. L.R. 6-2, and other applicable law, as follows:

**RECITALS**

A.     Defendants Norman Abramson and Lem Roger Soles filed separate Motions to Compel Arbitration and to Stay Proceedings [Docket Nos. 11, 19], and defendants Joan Abramson and David Caditz filed a Motion to Dismiss Plaintiff's

-1-

Case No. 5:11-cv-00545-PSG STIPULATION ADJUSTING BRIEFING SCHEDULE
ON DEFENDANTS' PENDING MOTIONS

1 Complaint [Docket No. 13]. The hearing date for all three motions is currently scheduled for June 21, 2011;

      B.    Based upon the June 21 hearing date, the Plaintiff's opposition briefs were due on May 31, 2011;

      C.    Due to an urgent personal family matter, counsel for Plaintiff was required to be out of town and was unable to attend to the filing of the Plaintiff's opposition briefs on the normal statutory briefing schedule;

      D.    Subject to the Court's approval, the parties agree to adjust the briefing schedule such that the Plaintiff's opposition briefs will be filed on June 7, 2011, and the Defendants' reply briefs will be filed on June 14, 2011.

## STIPULATION

1. The parties respectfully request that the Court modify the briefing schedule on the Defendants' pending motions scheduled for hearing on June 21, 2011, as follows: Plaintiff's opposition briefs shall be filed by June 7, 2011, and Defendants reply briefs shall be filed by June 14, 2011.

SO STIPULATED:

DATED: June 2, 2011

                            LINDQUISTLAW

                            By    /s/  TED C. LINDQUIST, III
                                            TED C. LINDQUIST, III

                                Attorneys for Plaintiff
                                SKYWARE, INC.

DATED: June 2, 2011

COMPUTERLAW GROUP LLP

By     /s/ JACK RUSSO
             JACK RUSSO

Attorneys for Defendants
NORMAN ABRAMSON, JOAN ABRAMSON,
AND DAVID CADITZ

DATED: June 2, 2011

DHILLON & SMITH LLP

By     /s/ HARMEET K. DHILLON
            HARMEET K. DHILLON

Attorneys for Defendant
SHU HUI CHEN

DATED: June 2, 2011

By:     /s/ LEM ROGER SOLES
            LEM ROGER SOLES

Defendant, *Pro Se*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: June 3, 2011

                    HON. PAUL S. GREWAL

CASE NO. 5:11-CV-00545-PSG

-3-

STIPULATION ADJUSTING BRIEFING SCHEDULE
ON DEFENDANTS' PENDING MOTIONS

# **CERTIFICATION**

I, Ted C. Lindquist, III, am the ECF User whose identification and password are being used to file this Stipulation Adjusting Briefing Schedule On Defendants' Pending Motions [Docket Nos. 11, 13, 19]. In compliance with General Order 45.X.B., I hereby attest that Jack Russo, counsel for Defendant Norman Abramson, Joan Abramson and David Caditz; Harmeet Dhillon, counsel for Defendant Shu Hui Chen; and Defendant Lem Roger Soles, Pro Se, each has concurred in this filing.

DATED: June 2, 2011

          LINDQUISTLAW

          By    /s/ TED C. LINDQUIST, III
                       TED C. LINDQUIST, III

                      Attorneys for Plaintiff
                      SKYWARE, INC.