**Copy**

ROGER SOLES, *In Pro Per*
6166 Ashton Woods Circle
Milton, FL 32570-1510
850.312.8780
E-mail: adr-2011@solicitationprohibited.org

RECEIVED

JUN 27 2011

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SKYWARE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NORMAN ABRAMSON, an individual,<br>JOAN ABRAMSON, an individual,<br>DAVID CADITZ, an individual,<br>LEM ROGER SOLES, an individual,<br>SHU HUI CHEN, an individual, and<br>DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 5:11-cv-00545-PSG<br><br>~~[PROPOSED]~~ **ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT MOTION HEARING** |

Having reviewed Defendant Lem Roger Soles's Request for Telephonic

Appearance at Case Management Conference, and good cause therefore having been

established, it is hereby ORDERED:

Defendant Lem Roger Soles, appearing *In Pro Per,* may appear telephonically at

the Initial Case Management Conference in Courtroom 5 on July 12, 2011 at 10:00am.

Defendant Lem Roger Soles shall contact Oscar Rivera, courtroom deputy to the undersigned, to make arrangements.

IT IS SO ORDERED:

Dated: <u>June 27</u>, 2011

Hon. Paul S. Grewal