UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SKYWARE, INC.,<br><br>                    Plaintiff,<br>      v.<br><br>NORMAN ABRAMSON, an individual, JOAN ABRAMSON, an individual, DAVID CADITZ, an individual, ROGER SOLES, an indivudal, SHU HUI CHEN, an individual, and DOES 1 through 25, inclusive,<br><br>                    Defendants. | Case No.: C 11-00545 PSG<br><br>**ORDER SETTING STATUS CONFERENCE** |

On January 17, 2012, Defendants Joan Abramson ("Abramson") and David Caditz ("Caditz") filed their ninety-day status report, informing the court that the stay issued by the American Arbitration Association remains in effect while Plaintiff Skyware, Inc.'s ("Skyware") case proceesd in bankruptcy. Abramson and Caditz request that the court lift the stay previously imposed in this case[1] as to those claims against them in order to decide their previously-filed and fully briefed motion to strike and for summary judgment.[2]

---

[1] *See* Docket No. 68.

[2] *See* Docket No. 35.

1

Case No.: 11-00545 PSG
ORDER

In order to fairly consider this request, the court will set this matter for status conference at 2:00 p.m. on Tuesday, January 31, 2012. Counsel for Abramson and Caditz shall inform Skyware and Skyware's trustee, Barry Milgrom, of the status conference and of the opportunity to participate.

**IT IS SO ORDERED.**

Dated: 1/20/2012

                                                  _____
PAUL S. GREWAL
United States Magistrate Judge

2
Case No.: 11-00545 PSG
ORDER