HARMEET K. DHILLON, ESQ. (SBN: 207873)
KRISTA L. SHOQUIST, ESQ. (SBN: 264600)
DHILLON & SMITH LLP
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Defendant
Shu Hui Chen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SKYWARE, INC. a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>NORMAN ABRAMSON, an individual; JOAN ABRAMSON, an individual; DAVID CADITZ, an individual; LEM ROGER SOLES, an individual; SHU HUI CHEN, an individual; and DOES 1 through 25, inclusive,<br><br>    Defendants. | CASE NO. 5:11-cv-00545-PSG<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANT SHU CHEN'S REQUEST TO APPEAR BY COURTCALL AT STATUS CONFERENCE**<br><br>Hearing: January 31, 2012<br>Time:    2:00 p.m.<br>Before:  Hon. Paul S. Grewal<br>Place:   Courtroom 5, 4th Fl. |

Having reviewed Defendant Shu Chen's Request to Appear by Courtcall at the Status Conference set by this Court for January 31, 2012, it is hereby ORDERED:

Counsel for Defendant Shu Chen is granted permission to appear by CourtCall.

1  IT IS SO ORDERED:

2

3  DATE: _____

4

5                                                    _____
                                                     Hon. Paul S. Grewal
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  [~~Proposed~~] Order Granting                              DHILLON & SMITH LLP
    Request to Appear By CourtCall
                                    Page 2