UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SKYWARE, INC.,<br><br>                Plaintiff,<br>     v.<br><br>NORMAN ABRAMSON, an individual, JOAN ABRAMSON, an individual, DAVID CADITZ, an individual, ROGER SOLES, an individual, SHU HUI CHEN, an individual, and DOES 1 through 25, inclusive,<br><br>                Defendants. | Case No.: C 11-00545 PSG<br><br>**ORDER TO SHOW CAUSE** |

On January 31, 2012, the parties appeared for status conference. The court was informed at that time that Plaintiff Skyware, Inc.'s ("Skyware") Trustee in bankruptcy, Barry Milgrom, did not intend to pursue Skyware's claims in this case. The court since has been informed that Skyware's Trustee filed a motion in the bankruptcy proceeding seeking authorization to abandon the bankruptcy estate's interest in this lawsuit. On February 22, 2012, United States Bankruptcy Judge Dennis Montali granted the Trustee's motion.[1]

In light of the order authorizing abandonment by the bankruptcy estate, the court hereby ORDERS Skyware to SHOW CAUSE in writing why this case should not be dismissed with

---

[1] *See* Docket No. 16, Case 11-33460-DM (Order Authorizing Abandonment of Lawsuit).

1

Case No.: 11-00545 PSG
ORDER

prejudice. Skyware shall file its response no later than March 8, 2012 and shall address the following questions:

1. What is the status of Skyware's claims in this case in light of the Trustee's right to abandon its interest in the case?

2. If the Trustee proceeds to exercise its right, what is the effect on Skyware's standing to pursue its claims?

Defendants may file a response, if any, no later than March 15, 2012. The parties shall appear for a telephonic hearing at 10:00 a.m. on Tuesday, March 20, 2012. The parties shall contact CourtCall to make the appropriate arrangements.

**IT IS SO ORDERED.**

Dated: 2/29/2012

*[signature]*
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 11-00545 PSG
ORDER

2